**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_GERHARD SWEETMAN_

11   7404

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Boro of Noaristown PA_

_County of Montgomery PA_

_State of PA_

_Landlord(s)_

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.        **Parties in this complaint:**

A.        List your name, address and telephone number.  If you are presently in custody, include your identification
          number and the name and address of your current place of confinement.  Do the same for any additional
          plaintiffs named.  Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | _GERHARD SWEETMAN_ |
| | Street Address | _400 W MAIN ST APT # 1_ |
| | County, City | _MONTGOMERY, NORRISTOWN_ |
| | State & Zip Code | _PA 19401_ |
| | Telephone Number | _610 272 6043_ |

*Rev. 10/2009*

B.     List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1          Name _____ BORO OF NORRISTOWN PA _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 2          Name _____ COUNTY OF MONTGOMERY _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 3          Name _____ STATE OF PA _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 4          Name _____ LANDLORD(S) _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*
       ☑ Federal Questions          ☐ Diversity of Citizenship


B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____ 4TH ADMENDMENT + CIVIL & CRIMINAL ACTIONS _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _400_ W MAIN ST APT #1_
_____ NORRISTOWN    PA  19401 _____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_____ 4TH DEC 2007 _____

| What happened to you? |
C.    Facts: __ATTEMPTED APARTMENT INVASION &__
_____ TERRISTIC THREATS TO MYSELF & ? ___

| Who did what? |
_____ NORRISTOWN _____
_____ CODE ENFORCEMENT   ATTEMPED ENTRY _____

| Was anyone else involved? |
___ YES  3 OTHERS    WORKERS  NERRISTOWN BIRD ___
_____ LANDLORD _____

| Who else saw what happened? |
_____ 3 OTHERS _____

**IV.      Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,
you required and received. _THREATS CAUSED HEART ATTACK LATER REQUIRING INSTALL OF PACEMAKER_

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and
the basis for such compensation.

(1) CLASS ACTION FOR ALL PA RENTERS PREVENTING "SEARCHES" "INSPECTIONS" OF OUR APARTMENTS

(2) CRIMINAL CHARGES FOR ACTIONS

(3) COSTS + DAMAGES

(4) APPOINT ATTORNEY FOR "RENTERS"

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _30_ day of __NOV_____ , 20 _11_ .


Signature of Plaintiff _Richard D Smeet_

Mailing Address _400 W MAIN ST APT #1_
_NORRISTOWN PA 19401_

_____

Telephone Number _610 272 6043_

Fax Number *(if you have one)* _____

E-mail Address _GARY400 @ COMCAST.NET_


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.


For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.


Signature of Plaintiff: _____

Inmate Number _____