IN THE UNITED STATES CIRCUIT COURT

FOR THE THIRD CIRCUIT COURT OF APPEALS

EASTERN DISTRICT OF PENNSYLVANIA


GERHARD SWEETMAN,                              :        CIVIL ACTION NO. 11-7404

      Appellant                                :

      v.                                       :

BORO OF NORRISTOWN, ET. AL.                    :

**FILED**

AUG 2 1 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>MEMORANDUM OF LAW IN SUPPORT OF APPEAL</u>

Appellant , Gerhard Sweetman, pro se, hereby files this Memorandum of law to support his issues

On appeal to Your Honorable Court and respectfully submits the following:

1.Appellant from 2006 on did not have an inspection proof home and suffered loss of his constitutional rights. The home turned into a fortress whose stress caused a heart attack.

2. The interrogatories filed on July 29, 2013 may have "crossed paths" with the Lower Court prior to the Judge dismissing the case with prejudice the same day. Lower Court may have not had the chance to review the interrogatories which would have generated discovery as required by Federal Rules of Civil Procedure Rule 26(b), Rule 33, and the discovery rules before the case was dismissed.

3. The Lower Court did not find enough evidence prior to the interrogatories being unanswered, but if the interrogatories were answered the evidence would be damning and therefore a different result in the case might occur. The Licensing and Inspection rules and laws create an insidious inspection environment where proof of constitutional violations are difficult or next to impossible to prove. Therefore, all this amounts to trying to "fight city hall" with unrecoverable legal fees caused by inspectors who could be nitpicking, blabber mouths, spying for criminals, NSA, police, and spreading epidemics or diseases.

4. Is search the same as an inspection? The government says that search and inspection are different things, but the founders put the words Effects into the Bill of Rights which covers visual investigations. Did the founding fathers use the word effects to prevent inspections?

5. Can the bias of an inspector, who may be an atheist or on the other hand a religious phanatic, put aside biases which go against beliefs of the resident of the home/bedroom he or she is inspecting?

6. Can you have freedom of religion when the government enters and views your religious articles and effects and casts judgment?

7. Are the renters denied and deprived of the law without due process when told what to do and how to live compared to home owner's freedom pursuant to the first, fifth, and fourteenth amendments of the United States Constitution?

8. Fighting City Hall Inspectors with monumental attorney fees and jury trial demanded the jury would not be allowed to rule the law unconstitutional. Should the jury be allowed to rule the law unconstitutional?

WHEREFORE, for all the foregoing reasons your appeallant respectfully submits this Memorandum of law for Your Honorable Court to consider.


21 AUG 2013

DATE

RESPECTFULLY SUBMITTED:

GERHARD SWEETMAN, pro se